PATRICK K. FAULKNER, COUNTY COUNSEL
Renee Giacomini Brewer, SBN 173012
3501 Civic Center Drive, Room 303
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the County of Marin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JULIE HOWLETT,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, MARIN COUNTY SHERIFF'S DEPARTMENT, ROBERT T. DOYLE, Marin County Sheriff; OFFICER ANDREI SMIRNOFF; DEPUTY JENNNIFER CETRANGOLO; DEPUTY NICOLE SORDI; DEPUTY STEPHANIE TRIPP; and DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No.: C 07-4370 BZ<br><br>COUNTY OF MARIN DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT |

Defendants COUNTY OF MARIN, MARIN COUNTY SHERIFF'S DEPARTMENT, SHERIFF ROBERT T. DOYLE, DEPUTY ANDREI SMIRNOFF, DEPUTY JENNIFER CETRANGOLO, DEPUTY NICOLE SORDI AND DEPUTY STEPHANIE TRIPP (hereinafter, COM), in answer to the Complaint herein, admit, deny and allege as follows:

## INTRODUCTION

1. In response to paragraph one of plaintiff's Complaint, COM admits that plaintiff is bringing a complaint for damages; COM denies each and every other contention, legal or otherwise, contained therein.

Defendants' Answer to Plaintiff's Complaint    1
Case No. C07-4370
24710

## STATEMENT OF FACTS

2. In response to paragraph two of plaintiff's Complaint; COM is without sufficient knowledge or information to form a belief as to the allegations contained in this paragraph and on that basis denies each and every allegation therein.

3. In response to paragraph three of plaintiff's Complaint, COM denies each and every contention, legal or otherwise, contained therein.

4. In response to paragraph four of plaintiff's Complaint, COM denies each and every contention, legal or otherwise, contained therein.

5. In response to paragraph five of plaintiff's Complaint, COM Defendants admit that plaintiff received medical attention and was ultimately transferred to Marin General Hospital; COM denies each and every other contention, legal or otherwise, contained therein.

6. In response to paragraph six of plaintiff's Complaint, COM denies each and every contention, legal or otherwise, contained therein.

## JURISDICTION

7. In response to paragraph seven of plaintiff's Complaint, this is a legal contention to which no response is required; COM does not dispute that plaintiff is bringing this action pursuant to 42 USC 1983, Federal and State law.

## VENUE

8. In response to paragraph eight of plaintiff's Complaint, this is a legal contention to which no response is required; COM does not dispute venue.

## PARTIES

9. In response to paragraph nine of plaintiff's Complaint; COM is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 9 and on that basis denies each and every other allegation therein.

10. In response to paragraph ten of plaintiff's Complaint, COM admits that Defendants Smirnoff, Cetrangolo, Sordi and Tripp were employed by the COUNTY OF MARIN on the relevant date, but deny each and every other contention, legal or otherwise, contained therein.

//

Defendants' Answer to Plaintiff's Complaint          2
Case No. C07-4370
24710

11. In response to paragraph eleven of plaintiff's Complaint, COM denies each and every allegation contained therein.

12. In response to paragraph twelve of plaintiff's Complaint, this is a legal contention to which no response is required; COM does not dispute that the County of Marin is a municipality duly incorporated under the laws of the State of California.

### DOE DEFENDANTS

13. In response to paragraph thirteen of plaintiff's Complaint; COM is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 13 and on that basis denies each and every other allegation therein.

### RESPONDEAT SUPERIOR

14. In response to paragraph fourteen of plaintiff's Complaint, COM denies each and every contention, legal or otherwise, contained therein.

15. In response to paragraph fifteen of plaintiff's Complaint, COM denies each and every contention, legal or otherwise, contained therein.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

16. In response to paragraph sixteen of plaintiff's Complaint; COM is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 16 and on that basis denies each and every other allegation therein.

### FIRST CAUSE OF ACTION
### (42 .S.C. SECTION 1983)

17. In response to Paragraph 17, Defendants incorporate each and every answer to Paragraphs 1 through 16 of Plaintiff's Complaint, as if set forth in full.

18. In response to Paragraph 18 of Plaintiff's Complaint, COM admits that it had an obligation to comply with the law; COM denies each and every other contention, legal or otherwise, contained therein.

19. In response to Paragraph 19, COM denies each and every contention, legal or otherwise, contained therein.

//

20. In response to Paragraph 20, COM admits that Smirnoff, Cetrangolo, Sordi and Tripp were employed by the County of Marin on the relevant date.

21. In response to Paragraph 21, COM is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 21 and on that basis denies each and every allegation therein.

22. In response to Paragraph 22, COM denies each and every contention, legal or otherwise, contained therein.

23. In response to Paragraph 23, COM denies each and every contention, legal or otherwise, contained therein.

## SECOND CLAIM FOR RELIEF
## (42 U.S.C. SECTION 1983 and 1985)

24. In response to Paragraph 24, COM incorporates each and every answer to Paragraphs 1 through 23 of Plaintiff's Complaint, as if set forth in full.

25. In response to Paragraph 25 of Plaintiff's Complaint, COM denies each and every contention, legal or otherwise, contained therein.

26. In response to Paragraph 26 of Plaintiff's Complaint, denies each and every contention, legal or otherwise, contained therein.

27. In response to Paragraph 27 of Plaintiff's Complaint, denies each and every contention, legal or otherwise, contained therein.

## THIRD CAUSE OF ACTION
## (CAL. CIVIL CODE SECTION 52.1)

28. In response to Paragraph 28, COM Defendants incorporate each and every answer to Paragraphs 1 through 27 of Plaintiff's Complaint, as if set forth in full.

29. In response Paragraph 29, COM denies each and every contention, legal or otherwise, contained therein.

30. In response to Paragraph 30, COM denies each and every contention, legal or otherwise, contained therein.

//

## FOURTH CAUSE OF ACTION

## ASSAULT AND BATTERY

31. In response to Paragraph 31, COM Defendants incorporate each and every answer to Paragraphs 1 through 30 of Plaintiff's Complaint, as if set forth in full.

32. In response to Paragraph 32, COM admits that the named officers were employed as Sheriff's Deputies for the County of Marin on the relevant date.

33. In response to paragraph 33 of Plaintiff's Complaint, COM Defendants deny each and every contention, legal or otherwise, contained therein.

34. In response to paragraph 34 of Plaintiff's Complaint, COM Defendants deny each and every contention, legal or otherwise, contained therein.

## FOURTH CAUSE OF ACTION

## (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

35. In response to Paragraph 35, COM incorporates each and every answer to Paragraphs 1 through 34 of Plaintiff's Complaint, as if set forth in full.

36. In response to Paragraph 36, COM denies each and every contention, legal or otherwise, contained therein.

## SIXTH CAUSE OF ACTION

## NEGLIGENT TRAINING, HIRING, DISCIPLINE AND RETENTION

37. In response to Paragraph 37, COM Defendants incorporate each and every answer to Paragraphs 1 through 36 of Plaintiff's Complaint, as if set forth in full.

38. In response to Paragraph 38 of Plaintiff's Complaint, COM denies each and every contention, legal or otherwise, contained therein.

39. In response to paragraph 39 of Plaintiff's Complaint, COM denies each and every contention, legal or otherwise, contained therein.

40. In response to paragraph 40 of Plaintiff's Complaint, COM denies each and every contention, legal or otherwise, contained therein.

//

//

Defendants' Answer to Plaintiff's Complaint     5
Case No. C07-4370
24710

## AFFIRMATIVE DEFENSES

**AS A FIRST SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendants allege that the Complaint fails to state facts sufficient to constitute a cause of action.

**AS AND FOR A SECOND SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendants allege that any damages sustained by Plaintiff, as alleged in the Complaint, were caused or contributed to by the negligence of persons or entities other than these answering Defendants. In the event that any negligence or fault of these answering Defendants is found to have contributed to any such damages, Plaintiff's recovery, if any, from these answering Defendants is limited to that percentage of Plaintiff's damages which is equal to the percentage by which these answering Defendants' negligence or fault contributed to said damages.

**AS AND FOR A THIRD SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendants allege that Plaintiff has failed to mitigate any damages she allegedly lost or suffered.

**AS AND FOR A FOURTH SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendants allege that at the time and place set forth in the Complaint, Plaintiff had knowledge of, appreciated and voluntarily assumed the risks incident to those matters and happenings alleged in said Complaint. The damages, if any, alleged by Plaintiff, were caused and arose out of such risks so voluntarily assumed.

**AS AND FOR A FIFTH SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendants allege that they were at all times acting in good faith and have qualified immunities for each and every act undertaken by them with respect to Plaintiff's alleged claims.

**AS AND FOR A SIXTH SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendants allege that to the extent that the conduct of Defendants which is alleged by Plaintiff to be unlawful is mandated, authorized and/or directed by laws, regulations or acts of the State of California, Defendants are entitled to an absolute immunity and/or to a qualified immunity.

**AS AND FOR A SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendants allege that Plaintiff's claims are barred by all applicable statutes of limitation.

//

//

**AS AND FOR AN EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendants allege that Plaintiff's claims for damages are barred to the extent they exceed the scope of his claims submitted to the Marin County Board of Supervisors.

**AS AND FOR AN NINTH SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendants allege that they are immune from liability for any actions that transpired at the time and place of the events complained of by reason of the statutory immunities contained in California Government Code, Title I, Division 3.6, Part 2, Sections 810, et seq., including but not limited to Sections 815, 815.2(b), 818, 818.8, 820(b), 820.2, 820.4, 820.6, 820.8, 821 and 821.6.

**AS AND FOR A TENTH SEPARATE AND AFFIRMATIVE DEFENSE** to Plaintiff's Complaint, Defendants allege that they are entitled to various privileges and immunities as the same are set forth in the laws and statutes of the State of California and federal law, the full nature and extent of such privileges and immunities as applicable hereto is presently unknown to these answering Defendants, and these answering Defendants pray leave of this Honorable Court to allow them to amend this answer to the extent to inserting the full nature and extent of such privileges and immunities when the same have become fully ascertained and known.

**WHEREFORE**, Defendants pray judgment:

1. That Plaintiff takes nothing by reason of her Complaint on file herein against these answering Defendants;

2. For Defendants' cost of suit herein incurred; and

3. For such other further relief as the Court may deem proper.

DATED: September 18, 2007              PATRICK K. FAULKNER, COUNTY COUNSEL

                                       BY: *Renee Giacomini Brewer*
                                       RENEE GIACOMINI BREWER
                                       Deputy County Counsel

Defendants' Answer to Plaintiff's Complaint        7
Case No. C07-4370
24710