UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

County of Marin, Marin County Sheriff's Department, et al.

        Plaintiff(s),

v.

Julie Howlett

        Defendant(s).

No. C 07 4370 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9/18/07

Signature: [signature]

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")