## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is County Counsel of Marin County, Suite 303, Civic Center, San Rafael, CA 94903. On September 18, 2007, I served the within documents:

. Answer to complaint; declination to proceed before a magistrate

      by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

x      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Rafael, California addressed as set forth below.

☐      by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐      by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

A Cabral Bonner
Law Offices of Charles A. Bonner
1913 Bridgeway
Sausalito, CA 94965

I am readily familiar with the County's practice of collection and processing correspondence for mailing and overnight delivery. Under that practice it would be deposited with the U. S. postal service/overnight delivery service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 18, 2007, at San Rafael, California.

_____
Colleen Deely

10674