IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE HOWLETT,

        Plaintiff,

  v.

COUNTY OF MARIN, et al.,

        Defendant.
                                  /

No. C 07-04370 WHA

**CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

      YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **November 29, 2007 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages. All other deadlines in the initial case management scheduling order filed on August 23, 2007 remain in effect.

      Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: September 25, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup