UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Julie HOwlett

Plaintiff(s),

v.

County of Marin, et al.

Defendant(s).

No. C 07-04370 WHA

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 20, 2007

Signature: [signature]

Counsel for   Defendants
(Plaintiff, Defendant, or indicate "pro se")