**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: <u>November 29, 2007</u>

Case No.  <u>C 07-04370 WHA</u>

Title: <u>JULIE HOWLETT</u> v. <u>COUNTY OF MARIN</u>

Plaintiff Attorneys: A. Cabral Bonner

Defense Attorneys: Renee Giacomini Brewer

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u>                                                        </u>

Complete Initial Disclosures (Rule 26): 12/7/07

Discovery Cutoff: 8/29/08

Designation of Experts: 8/29/08

Last Day to File Motion: 9/25/08


Continued to <u> </u> for Further Case Management Conference

Continued to  <u>**11/10/08 at 2:00 pm**</u>  for Pretrial Conference

Continued to  <u>**11/17/08 at 7:30 am**</u>  for Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.  Parties shall meet and confer by 1/4/08 and file a proposed order with a schedule for taking depositions.