1
2
3
4
5
6
7

**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Howlett, | 07-04370 WHA MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| County of Marin, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case

is:

**Jeffrey Goldfien**
10 Knolltop Court
Novato, CA 94945-3405
415-897-3940

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

governs the Mediation program.  The mediator will schedule a joint phone conference

with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

The court permits the mediator to charge each party its pro rata share of the cost of the

phone conference.

---

**Notice of Appointment of Mediator**
07-04370 WHA MED                    - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: December 12, 2007

5                                          RICHARD W. WIEKING
                                           Clerk
6                                          by:    Claudia M. Forehand

7

8                                          ADR Case Administrator
                                           415-522-2059
9                                          Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**
07-04370 WHA MED                    - 2 -