1  CHARLES A. BONNER, ESQ.
   A. CABRAL BONNER, ESQ (SB#247528)
2  Law Offices of Charles A. Bonner
   1913 Bridgeway
3  Sausalito, CA 94965
   Tel: (415) 331-3070; Fax: (415) 331-2738
4  Attorneys for Plaintiff, Julie Howlett

5  PATRICK K. FAULKNER, COUNTY COUNSEL
   Renee Giacomini Brewer, SBN 173012
6  3501 Civic Center Drive, Room 303
   San Rafael, CA 94903
7  Tel.: (415) 499-6117, Fax: (415) 499-3796
   Attorneys for the County of Marin Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO

| JULIE HOWLETT, | Case No.: C 07-04370 WHA |
|---|---|
| Plaintiff, | JOINT DEPOSITION LIST |
| v. | |
| COUNTY OF MARIN, MARIN COUNTY SHERIFF'S DEPARTMENT, ROBERT T. DOYLE, Marin County Sheriff; OFFICER ANDREI SMIRNOFF; DEPUTY JENNNIFER CETRANGOLO; DEPUTY NICOLE SORDI; DEPUTY STEPHANIE TRIPP; and DOES 1 through 100 inclusive, | |
| Defendants. | |

The parties hereby agree that the following parties will be deposed:

1. Deputy Dave Barkus, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

2. Brian Beiseneier, 70 Mariner Green Drive, Corte Madera, CA 94925. Marin County Jail Sobering Cell Occupant. 10:00 p.m. – 02:50 a.m. 2/11/07 - 2/12/07.

3. Deputy Joe Calabrese, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

4. Deputy Jennifer Centrangolo, Marin County Sheriff's Office, San Rafael, CA 94903 (415) 499-6117.

5. Carlos Duran. All Points, San Rafael, CA 94903. Marin County Jail Sobering Cell Occupant. 7:00 p.m. – 11:30 p.m.. 2/11/07.

6. Sergeant Charles Jeff Edwards, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

7. Sergeant William Fraass, Sausalito Police Department, 300 Locust Street, Sausalito, CA 94965. (415) 289-4170.

8. Officer Thomas Georges, Sausalito Police Department, 300 Locust Street, Sausalito, CA 94965. (415) 289-4170.

9. Jail Control Dispatcher Priscilla Gonzales, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

10. Leonardo Gonzalez. 2141 Quintin Place, Santa Rosa, CA, 95407. Marin County Jail Sobering Cell Occupant. 9:46 p.m. – 1:46 a.m. 2/11/07 - 2/12/07.

11. Deputy Travis Grizzle, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

12. Sergeant Mark Hale, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

13. Doctor Amy Harris, Psy.D., Marin County Department of Health & Human Services, San Rafael, CA 94903. (415) 499-6117.

14. Deputy Jason Knight, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

15. Doctor Michael Lai, M.D., Marin General Hospital, Greenbrae, CA 94904 (415) 925-7000.

16. Nurse Susan Lesher, Marin County Department of Health & Human Services, San Rafael, CA 94903. (415) 499-6117.

17. Thomas McHale. Marin County Jail Sobering Cell Occupant. 2:45 a.m. – 6:45 a.m. 2/12/07.

18. Captain Dennis McQueeny, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

19. Deputy Colin Medalie, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

20. Sheriff's Service Assistant Danielle Mendez, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

21. Doctor Brian Nagai, M.D., Marin General Hospital, Greenbrae, CA 94904 (415) 925-7000

22. Doctor Mather H. Neill, M.D., Marin General Hospital, Greenbrae, CA 94904 (415) 925-7000

23. Doctor Frederick Penczak, M.D., Marin General Hospital, Greenbrae, CA 94904 (415) 925-7000

24. Angel Picazo, 1279 Victorian Circle, Greenfield, CA 93927. Marin County Jail Sobering Cell Occupant. 8:15 p.m. – 12:15 a.m. 2/11/07 - 2/12/07.

25. Lieutenant Douglas Pittman, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

26. Jose Ruiz, 330 Canal Street Apartment 18C, San Rafael, CA 94901. Marin County Jail Sobering Cell Occupant. 2:30 a.m. – 3:30 a.m. 2/12/07.

27. Deputy Nicole Sordi, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

28. Deputy Andre Smirnoff, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

29. Douglas Splitt, All Points, San Rafael, CA, 94903. Marin County Jail Sobering Cell Occupant. 12:32 a.m. – 04:34 a.m. 2/12/07.

30. Doctor Robert Teasdale, M.D., Marin General Hospital, Greenbrae, CA 94904 (415) 925-7000

31. Nurse Larry Trafford, Marin County Department of Health & Human Services, San Rafael, CA 94903. (415) 499-6117.

32. Nurse Kim Tran, Marin County Department of Health & Human Services, San Rafael, CA 94903. (415) 499-6117.

33. Deputy Stephanie Tripp, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

34. Sergeant Don Wick, Marin County Sheriff's Office, San Rafael, CA 94903. (415) 499-6117.

35. Plaintiff Julie Howlett

36. David Newsom, (415) 847-2536.

1. 37. Greg Cox
2. 38. Gary Hodge, (145) 332-8619
3. 39. Sausalito Police Officer Thomas Georges
4. 40. Sausalito Police Officer William Frass
5. 41. Robert Doyle, Marin County Sheriff

Dated: January 7, 2008

MARIN COUNTY COUNSEL
PATRICK K. FAULKNER

BY: _____
RENEE GIACOMINI BREWER
Attorney for Defendants

Dated: January 7, 2008

LAW OFFICES OF CHARLES A. BONNER

BY: _____
A. CABRAL BONNER
Attorney for Plaintiff

Jt. Deposition List
Case No. C07-04370 WHA
26045

4