# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Howlett,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>County of Marin,<br><br>　　　　Defendant(s). | No. C 07-04370 WHA MED<br><br>**Certification of ADR Session** |

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) **February 20, 2008**

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☒ another session scheduled for (date) **TBD**

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☐ YES　　☒ NO

Dated: **February 29, 2008**　　　　_____
　　　　　　　　　　　　　　　　　　Mediator, Jeffrey Goldfien
　　　　　　　　　　　　　　　　　　10 Knolltop Court
　　　　　　　　　　　　　　　　　　Novato, CA 94945-3405

**Certification of ADR Session**
07-04370 WHA MED