1  CHARLES A. BONNER, ESQ. SB# 85413
   A. CATHERINE LAGARDE, ESQ. SB# 209255
2  A. CABRAL BONNER, ESQ. SB# 247528
   **LAW OFFICES OF BONNER AND BONNER**
3  1913 BRIDGEWAY
   SAUSALITO, CA 94965
4  TEL: (415) 331-3070
   FAX: (415) 331-2738
5
6  ATTORNEYS FOR PLAINTIFF
   JULIE HOWLETT
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HOWLETT, | Case No: C 07-4370-WHA |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO ENLARGE TIME** |
| v. | |
| COUNTY OF MARIN; MARIN COUNTY SHERIFF'S DEPARTMENT; ROBERT T. DOYLE Marin County Sheriff; OFFICER ANDREI SMIRNOFF; DEPUTY JENNIFER CETRANGOLO; DEPUTY NICOLE SORDI; DEPUTY STEPHANIE TRIPP; and DOES 1 through 100 inclusive, | Federal Rule of Civil Procedure Rule 6(b) |
| | Date:   September, 11 2008 |
| | Time:   8:00 AM |
| | Courtroom: Courtroom 9, 19th Floor |
| Defendants. | Judge: Hon. William H. Alsup |
| _____/ | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on September, 11 2008, or as soon thereafter as this matter may be heard, Plaintiff Julie Howlett will move this court, for an order enlarging time to complete discovery and resetting the dates in the 11/29/2007 Pretrial Scheduling Order.

The Court should grant this motion because parties have need additional time for discovery and declaring experts. Parties have engaged in extensive good faith negotiations and have only recently concluded that the case will not settle without litigation.

Neither party will suffer prejudice as a result of enlarging time because both parties prioritized working towards a negotiated settlement and held off on engaging in full blown

1  discovery.  With this motion is a stipulation signed by both parties acknowledging their agreement
2  to extend the time for discovery and reset the dates in the 11/29/2007 Pretrial Scheduling Order.
3  DATED: 8/6/2008                                        Respectfully submitted,

5                                                         By: /s/ A CABRAL BONNER
                                                          ATTORNEY FOR PLAINTIFF

2