CHARLES A. BONNER, ESQ.  SB# 85413
A. CATHERINE LAGARDE, ESQ. SB# 209255
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER AND BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

ATTORNEYS FOR PLAINTIFF
JULIE HOWLETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HOWLETT,<br><br>        Plaintiff,<br>  v.<br><br>COUNTY OF MARIN; MARIN COUNTY SHERIFF'S DEPARTMENT; ROBERT T. DOYLE Marin County Sheriff; OFFICER ANDREI SMIRNOFF; DEPUTY JENNIFER CETRANGOLO; DEPUTY NICOLE SORDI; DEPUTY STEPHANIE TRIPP; and DOES 1 through 100 inclusive,<br><br>        Defendants.<br>_____/ | **Case No: C 07-4370-WHA**<br><br>**DECLARATION OF A. CABRAL BONNER IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE TIME**<br><br>Federal Rule of Civil Procedure Rule 6(b)<br><br>Date:   September, 11 2008<br>Time:   8:00 AM<br>Courtroom: Courtroom 9, 19th Floor<br><br>Judge: Hon. William H. Alsup |

I, A. CABRAL BONNER , hereby declare and state:

   1.   I am an attorney licensed to practice law in the State of California, the Northern District and before this Court.  I am one of the attorneys for the plaintiff herein.   If called as a witness, I could and would testify competently as follows:

   2.   In November of 2007 Ms. Howlett underwent the second of two surgeries for injuries which she attributes to the actions that are the subject of this lawsuit.  During the first several months of 2008, Ms. Howlett was recovering and the parties could not assess the full extent of her injuries.

   3.   On February 22, 2008, the parties participated in a mediation as part of this Court's

1  ADR program. The parties concluded that they need more information on Ms. Howlett's injuries
2  before a full assessment of the settlement value of the case could be made by either party. The
3  parties agreed to obtain necessary discovery about Ms. Howlett's injuries and prognosis and resume
4  negotiations. However, during this time, Ms. Howlett was still recovering and the full extent of her
5  injuries were not knowable.

6  4. On or around March 13, 2008 Ms. Howlett participated in an independent medical
7  examination at the request of Defendant County. Before the County's Doctor completed his report,
8  Ms. Howlett obtained a weight-bearing x-ray of her knee which altered Ms. Howlett's prognosis.

9  5. Following the IME and the refined prognosis from Ms. Howlett's doctor, the parties
10 met again for an informal in-person negotiation sessions on May 22, 2008. This session was not
11 successful but the parties continued settlement negotiations culminating in the county making a final
12 offer pursuant to F.R.C.P. Rule 68. Plaintiff received this offer on July 22, 2008.

13 6. Parties wanted to fully exhaust settlement discussions before launching into what will
14 be a costly litigation.

15 7. My office an I will be in trial for the entire month of September, 2008. Cambra v.
16 Chevron, Contra Costa Superior Court, Case No. C 06-02284, is scheduled to go to trial on
17 September 8, 2008. We anticipate that this trial will take the duration of September. Additionally,
18 given the complexity of the case, our office will be preparing for the trial for the month of August.

19 I declare under penalty of perjury under the laws of the State of California that the foregoing
20 is true and correct except as to those matters stated upon information and belief, and as to those
21 matters, I believe them to be true.
22 Executed on this Fifth day of August, 2008 in Sausalito, California.

          /s/ A. CABRAL BONNER
          Attorney for Plaintiff

DECLARATION OF A. CABRAL BONNER      2