CHARLES A. BONNER, ESQ. SB# 85413
A. CATHERINE LAGARDE, ESQ. SB# 209255
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER AND BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

ATTORNEYS FOR PLAINTIFF
JULIE HOWLETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HOWLETT,<br><br>　　　　Plaintiff,<br>　v.<br><br>COUNTY OF MARIN; MARIN COUNTY SHERIFF'S DEPARTMENT; ROBERT T. DOYLE Marin County Sheriff; OFFICER ANDREI SMIRNOFF; DEPUTY JENNIFER CETRANGOLO; DEPUTY NICOLE SORDI; DEPUTY STEPHANIE TRIPP; and DOES 1 through 100 inclusive,<br><br>　　　　Defendants.<br>_____ / | **Case No: C 07-4370-WHA**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE TIME**<br><br>Federal Rule of Civil Procedure Rule 6(b)<br><br>Date:　September, 11 2008<br>Time:　8:00 AM<br>Courtroom: Courtroom 9, 19th Floor<br><br>Judge: Hon. William H. Alsup: |

Plaintiff asks the Court to enlarge time for discovery as authorized by Fed. R. Civ. P 6(b).

<u>A. INTRODUCTION</u>

1.　Plaintiff is Julie Howlett; Defendants are COUNTY OF MARIN; MARIN COUNTY SHERIFF'S DEPARTMENT; ROBERT T. DOYLE Marin County Sheriff; OFFICER ANDREI SMIRNOFF; DEPUTY JENNIFER CETRANGOLO; DEPUTY NICOLE SORDI; DEPUTY STEPHANIE TRIPP

2.　Plaintiff sued defendants for civil rights violations for injuries she sustained while in the Marin County jail.

3.　In Pretrial Scheduling Order, the Court ordered that the parties shall complete

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENLARGE TIME** 1

1  discovery and disclose expert witnesses and produce reports in accordance with Fed. R. Civ. P.
2  26(a)(2) no later than August 29, 2008.

3      4.    Plaintiff makes this motion, which has been consented to by Defendants, to provide
4  additional time to complete discovery.

## B. ARGUMENT

6      5.    The court may grant a request for an extension of time for "cause shown." Fed. R.
7  Civ. P 6(b); *Jenkins v. commonwealth Land Title Ins. Co.,* 95 F.3d 791, 795 (9th Cir. 1996).

8      6.    Plaintiff requests an order enlarging time and requests that the court resets the dates
9  in the Pretrial Scheduling Order.  Parties need additional time because parties could not engage in
10 meaningful settlement negotiations until Plaintiff's injuries had stabilized enough for her doctors
11 to provide her with an accurate and meaningful prognosis.  The parties have been engaging in
12 discovery and active good-faith settlement negotiations.  These negotiations culminated in the
13 County making a settlement offer pursuant to F.R.C.P. Rule 68 on July 21, 2008.

14     7.    The parties now have only one month to complete discovery, designate experts and
15 complete expert reports.

16     8.    Plaintiff's request for an extension of time is for cause shown and is not intended to
17 delay these proceedings.  Parties have been actively litigating this case.  However, early in the
18 settlement negotiations parties agreed to exhaust the negotiation process before launching into a
19 costly court battle.

20     9.    Plaintiff's counsel will be in trial for most of the month of September, 2008. *Cambra*
21 *v. Chevron*, Contra Costa Superior Court, Case No. C 06-02284, is scheduled to go to trial on
22 September 8, 2008.  We anticipate that this trial will take the duration of September.  Additionally,
23 given the complexity of *Cambra*, our office will be and are preparing for the trial for the month of
24 August.

25     10.    Parties request the this Court extend the time of discovery until December 15, 2008
26 and reset the other dates to correspond to this discovery cutoff date.

## C. CONCLUSION

28     11.    For the foregoing reasons, Plaintiff requests that the Court extend the discovery cut

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENLARGE TIME**   2

1  off date until December 15, 2008 and to resets the other dates in the Pretrial Order to reflect this
2  discovery cutoff.
3  DATED: August 6, 2008                              Respectfully submitted,

5                                                     By: /s/ A CABRAL BONNER
6                                                     ATTORNEY FOR PLAINTIFF

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENLARGE TIME**  3