CHARLES A. BONNER, ESQ. SB# 85413
A. CATHERINE LAGARDE, ESQ. SB# 209255
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER AND BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

ATTORNEYS FOR PLAINTIFF
JULIE HOWLETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HOWLETT,<br><br>　　　　Plaintiff,<br>　　v.<br><br>COUNTY OF MARIN; MARIN COUNTY SHERIFF'S DEPARTMENT; ROBERT T. DOYLE Marin County Sheriff; OFFICER ANDREI SMIRNOFF; DEPUTY JENNIFER CETRANGOLO; DEPUTY NICOLE SORDI; DEPUTY STEPHANIE TRIPP; and DOES 1 through 100 inclusive,<br><br>　　　　Defendants.<br>_____/ | **Case No: C 07-4370-WHA**<br><br>**STIPULATION ENLARGE TIME TO DISCLOSE EXPERT WITNESSES, FILE MOTIONS AND COMPLETE DISCOVERY**<br><br>Federal Rule of Civil Procedure Rule 6(b)<br><br>Date:　September, 11 2008<br>Time:　8:00 AM<br>Courtroom: Courtroom 9, 19th Floor<br><br>Judge: Hon. William H. Alsup |

　　　　All parties stipulate to enlarge time disclose expert witnesses and complete discovery in the current matter. Parties ask that date to disclose expert witnesses and conclude discovery be moved to December 15, 2008.

　　　　1.　　Plaintiff is Julie Howlett; Defendants are COUNTY OF MARIN; MARIN COUNTY SHERIFF'S DEPARTMENT; ROBERT T. DOYLE Marin County Sheriff; OFFICER ANDREI SMIRNOFF; DEPUTY JENNIFER CETRANGOLO; DEPUTY NICOLE SORDI; DEPUTY STEPHANIE TRIPP

1

2.  Plaintiff sued defendants for civil rights violations for injuries she sustained while in the Marin County jail..

3.  Plaintiff requests an order enlarging disclose expert witnesses and complete discovery and to rest the other dates in the 11/29/2008 Pretrial Order. Parties are making this request because the deadline to disclose experts and to provide expert reports is August 29, 2008.

4.  Parties have engaged in limited discovery and good-faith negotiations culminating in the Defendant's making an offer pursuant to F.R.C.P. 68 on July 21, 2008. Plaintiff received this offer on July 22, 2008. In an attempt to reduce unnecessary litigation expenses, the parties held off engaging in full discovery and put their efforts into settlement discussions. However, Plaintiff's injuries are still not fully healed and parties have had to wait for her condition to stabilize in order to have a complete understanding of her prognosis.

5.  Parties' request for an extension of time is for cause shown and is not intended to delay these proceedings.

6.  Parties request that this Court extend the discovery deadline until December 15, 2008 and reset the other dates in the pretrial order to correspond with this discovery cutoff date.

DATED: 8/5/2008

RESPECTFULLY SUBMITTED
LAW OFFICES OF BONNER AND BONNER

BY: _____
A. CABRAL BONNER,
ATTORNEY FOR PLAINTIFF

DATED: 8/5/08

RESPECTFULLY SUBMITTED
**MARIN COUNTY COUNSEL**
PATRICK K. FAULKNER

BY: _____
RENEE GIACOMINI BREWER
Attorney for Defendants

2