CHARLES A. BONNER, ESQ.  SB# 85413
A. CATHERINE LAGARDE, ESQ. SB# 209255
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER AND BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

ATTORNEYS FOR PLAINTIFF,
JULIE HOWLETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HOWLETT, | **Case No: C 07-4370-WHA** |
| Plaintiff, | **[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO ENLARGE TIME** |
| v. | |
| COUNTY OF MARIN; MARIN COUNTY SHERIFF'S DEPARTMENT; ROBERT T. DOYLE Marin County Sheriff; OFFICER ANDREI SMIRNOFF; DEPUTY JENNIFER CETRANGOLO; DEPUTY NICOLE SORDI; DEPUTY STEPHANIE TRIPP; and DOES 1 through 100 inclusive, | Federal Rule of Civil Procedure Rule 6(b)<br><br>Date:   September, 11 2008<br>Time:  8:00 AM<br>Courtroom: Courtroom 9, 19th Floor<br><br>Judge: Hon. William H. Alsup |
| Defendants. | |
| _____/ | |

After considering Plaintiff JULIE HOWLETT'S motion to enlarge time the court GRANTS the

motion and will issue a new Status Pretrial Scheduling Order.

SIGNED on _____.

_____
DISTRICT COURT JUDGE

APPROVED & ENTRY REQUESTED:

_____
A. CABRAL BONNER attorney for Plaintiff

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO ENLARGE TIME**