IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HOWLETT,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF MARIN, MARIN COUNTY SHERIFF'S DEPARTMENT, ROBERT T. DOYLE, Marin County Sheriff, OFFICER ANDREI SMIRNOFF, DEPUTY JENNIFER CETRANGOLO, DEPUTY NICOLE SORDI, DEPUTY STEPHANIE TRIPP, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 07-04370 WHA<br><br>**ORDER DENYING STIPULATION TO ENLARGE TIME TO DISCLOSE EXPERT WITNESSES, FILE MOTIONS AND COMPLETE DISCOVERY** |

The Court has received the parties' stipulation to enlarge time. There is not enough information submitted by the parties to justify extending the discovery deadlines from August 29, 2008, to December 15, 2008 (and to move other pretrial dates). Doing so would derail the entire summary judgment process as well as the trial date. If a more detailed submission were made explaining why a *short* delay in discovery is needed concerning plaintiff's injuries *only*, the Court will *consider* a more limited extension on this limited issue. Meanwhile, dispositive motions on issues of liability should proceed in the normal manner.

**IT IS SO ORDERED.**

Dated: August 22, 2008.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE