1  Matthew N. White (SBN 088336)
   **LAW AND MEDIATION OFFICES OF MATTHEW N. WHITE**
2  Courthouse Square, Suite 600
   1000 Fourth Street
3  San Rafael, CA  94901-3182
   Telephone:  (415) 453-1010
4  Facsimile:   (415) 456-1921
   Email:       matt@mattwhitelaw.com
5
   **Attorneys for Plaintiff JULIE HOWLETT**
6

7

8
                    UNITED STATES DISTRICT COURT
9
       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11

12  JULIE HOWLETT,                )   Case No. CV-07-04370 WHA
                                  )
13           Plaintiff,           )
                                  )
14       vs.                      )   **PLAINTIFF'S SUBSTITUTION**
                                  )   **OF ATTORNEYS**
15  COUNTY OF MARIN; MARIN        )
    COUNTY SHERIFF'S              )
16  DEPARTMENT; ROBERT T.         )
    DOYLE, Marin County Sheriff;  )
17  OFFICER ANDREI SMIRNOFF;      )
    DEPUTY NICOLE SORDI; DEPUTY   )
18  STEPHANIE TRIPP; and DOES 1   )
    through 100, inclusive,       )
19                                )
             Defendants.          )
20

21      TO:  THE COURT, ALL DEFENDANTS AND THEIR ATTORNEYS OF

22  RECORD:

23      Plaintiff, JULIE HOWLETT, hereby substitutes Matthew N. White, Law and

24  Mediation Offices of Matthew N. White, 1000 Fourth Street, Suite 600, San

25  Rafael, CA  94901 (telephone 415/453-1010), as her attorney of record in this

26  action, in the place and stead of Law Offices of Bonner & Bonner, of Sausalito,

27  CA.

28

LAW OFFICES OF
MATTHEW N. WHITE
COURTHOUSE SQUARE, SUITE 600
1000 FOURTH STREET
SAN RAFAEL, CA 94901-3182
TELEPHONE (415) 453-1010
FACSIMILE (415) 456-1921

*Julie Howlett v. County of Marin; et al.* – U.S. Northern District Court Case No. CV-07-04370 WHA
Plaintiff's Substitution of Attorneys - Page 1

**I consent to this substitution**.

| | |
|---|---|
| ___08/15/2008_____ | _____/s/_____ |
| Date | JULIE HOWLETT |
| | Plaintiff |

**I consent to this substitution**.

LAW OFFICES OF BONNER & BONNER

| | |
|---|---|
| ___08/20/2008_____ | _____/s/_____ |
| Date | By: A. CABRAL BONNER |
| | (signature of former attorney) |

**I consent to this substitution**.

| | |
|---|---|
| ___08/22/2008_____ | _____/s/_____ |
| Date | MATTHEW N. WHITE |
| | (signature of new attorney) |

## **APPROVED:**

| | |
|---|---|
| _____ | _____ |
| Date | HON. WILLIAM H. ALSUP |
| | Judge of the U.S. District Court |

LAW OFFICES OF
MATTHEW N. WHITE
COURTHOUSE SQUARE, SUITE 600
1000 FOURTH STREET
SAN RAFAEL, CA 94901-3182
TELEPHONE (415) 453-1010
FACSIMILE (415) 456-1921

*Julie Howlett v. County of Marin; et al.* – U.S. Northern District Court Case No. CV-07-04370 WHA
Plaintiff's Substitution of Attorneys - Page 2