| | |
|---|---|
| 1 | Matthew N. White (SBN 088336) |
| | **LAW AND MEDIATION OFFICES OF MATTHEW N. WHITE** |
| 2 | Courthouse Square, Suite 600 |
| | 1000 Fourth Street |
| 3 | San Rafael, CA  94901-3182 |
| | Telephone:  (415) 453-1010 |
| 4 | Facsimile:   (415) 456-1921 |
| | Email:       matt@mattwhitelaw.com |
| 5 | |
| | **Attorneys for Plaintiff JULIE HOWLETT** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JULIE HOWLETT, | ) | Case No. CV-07-04370 WHA |
| Plaintiff, | ) | |
| vs. | ) | **PLAINTIFF'S SUBSTITUTION OF ATTORNEYS** |
| COUNTY OF MARIN; MARIN COUNTY SHERIFF'S DEPARTMENT; ROBERT T. DOYLE, Marin County Sheriff; OFFICER ANDREI SMIRNOFF; DEPUTY NICOLE SORDI; DEPUTY STEPHANIE TRIPP; and DOES 1 through 100, inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

TO:  THE COURT, ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Plaintiff, JULIE HOWLETT, hereby substitutes Matthew N. White, Law and Mediation Offices of Matthew N. White, 1000 Fourth Street, Suite 600, San Rafael, CA  94901 (telephone 415/453-1010), as her attorney of record in this action, in the place and stead of Law Offices of Bonner & Bonner, of Sausalito, CA.

LAW OFFICES OF
MATTHEW N. WHITE
COURTHOUSE SQUARE, SUITE 600
1000 FOURTH STREET
SAN RAFAEL, CA 94901-3182
TELEPHONE  (415) 453-1010
FACSIMILE  (415) 456-1921

*Julie Howlett v. County of Marin; et al.* – U.S. Northern District Court Case No. CV-07-04370 WHA
Plaintiff's Substitution of Attorneys - Page 1

**I consent to this substitution**.

\_\_\_08/15/2008\_\_\_\_\_     _____/s/_____
Date                                    JULIE HOWLETT
                                        Plaintiff

**I consent to this substitution**.

                                        LAW OFFICES OF BONNER & BONNER

\_\_\_08/20/2008\_\_\_\_\_     _____/s/_____
Date                                    By:  A. CABRAL BONNER
                                        (signature of former attorney)

**I consent to this substitution**.

\_\_\_08/22/2008\_\_\_\_\_     _____/s/_____
Date                                    MATTHEW N. WHITE
                                        (signature of new attorney)

**APPROVED:**

August 27, 2008
_____     _____
Date                                    HON. WILLIAM H. ALSUP
                                        Judge of the U.S. District Court

[Stamp: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

LAW OFFICES OF
MATTHEW N. WHITE
COURTHOUSE SQUARE, SUITE 600
1000 FOURTH STREET
SAN RAFAEL, CA 94901-3182
TELEPHONE (415) 453-1010
FACSIMILE (415) 456-1921

*Julie Howlett v. County of Marin; et al.* – U.S. Northern District Court Case No. CV-07-04370 WHA
Plaintiff's Substitution of Attorneys - Page 2