IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HOWLETT,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF MARIN, MARIN COUNTY SHERIFF'S DEPARTMENT, ROBERT T. DOYLE, Marin County Sheriff, OFFICER ANDREI SMIRNOFF, DEPUTY JENNIFER CETRANGOLO, DEPUTY NICOLE SORDI, DEPUTY STEPHANIE TRIPP, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 07-04370 WHA<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

    The declaration of Matthew White provides good cause to continue the deadlines previously established by the Case Management Order dated November 29, 2007. The non-expert discovery cutoff date shall be **December 1, 2008**. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as per paragraph 6 of the Case Management Order shall be extended to **December 30, 2008**. The last date to file dispositive motions shall be **January 22, 2009**. The final pre-trial conference shall be **March 2, 2009** at 2:00 p.m. A jury trial shall begin on **March 9, 2009** at 7:30 a.m.

    This continuance is more generous than requested by counsel. There will be no further continuances. The Court is very disappointed that plaintiff's previous counsel neglected this case in the manner described by Mr. White. Although the declaration does not specifically

address it, the Court is concerned from the tenor of the declaration that the disclosure requirements of Rule 26 may have been given short shrift by counsel. Attorney White should consider whether there is such a problem and should consider whether to make late disclosures if there is such a problem. This order does not necessarily approve any such late disclosures, but counsel should be aware that this Court regularly enforces Rules 26 and 37(c).

**IT IS SO ORDERED.**

Dated: September 8, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2