IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE HOWLETT,

    Plaintiff,

  v.

COUNTY OF MARIN, MARIN COUNTY SHERIFF'S DEPARTMENT, ROBERT T. DOYLE, Marin County Sheriff, OFFICER ANDREI SMIRNOFF, DEPUTY JENNIFER CETRANGOLO, DEPUTY NICOLE SORDI, DEPUTY STEPHANIE TRIPP, and DOES 1 through 100, inclusive,

    Defendants.

        /

No. C 07-04370 WHA

**ORDER RE PLAINTIFF'S NOTICE OF SETTLEMENT**

      The Court acknowledges and thanks plaintiff for filing a notice that the case is settled and that she plans to file a dismissal in thirty days. Please be reminded that all deadlines remain in effect until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: November 21, 2008.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE